**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**ANDREW OSTROWSKI**,

    Plaintiff,

    v.

**OFFICER JOHN DOE and
FRANK D'ANDREA**,

    Defendants.

CIVIL ACTION NO. 3:14-CV-429
(JUDGE CAPUTO)
(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 7th day of March, 2016, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 16) is **ADOPTED**;

(2) Plaintiff Andrew Ostrowski's Objections (Docs. 17-18) are **OVERRULED;**

(3) Defendant Frank D'Andrea's Motion to Dismiss for Failure to State a Claim (Doc. 12) is **GRANTED;**

    (a) Plaintiff's claims under 42 U.S.C. § 1983 against Defendant D'Andrea are **DISMISSED;**

    (b) Plaintiff's Pennsylvania state law defamation claim against Defendant D'Andrea is **DISMISSED without PREJUDICE;**

    (c) Plaintiff's claims against Officer John Doe are **DISMISSED without PREJUDICE;**

(4) Plaintiff is permitted to file an amended complaint within thirty (30) days in accordance with the accompanying memorandum and Rule 8 of the Federal Rules of Civil Procedure;

(5) The Clerk of Court is directed to close this case if a second amended complaint is not timely filed; and

(6) The matter is remanded to Magistrate Judge Saporito for further proceedings, if any.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge